MILTON HEYN and Others, Executors, etc., of NATHAN S. MEYER, Deceased, Appellants, v. SAMUEL WEISBERG, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HEVID REALTY CORPORATION, Appellant, v. COLUMBUS O'DONNELL ISELIN and Others, as Executors, etc., of EDITH COLFORD ISELIN, Deceased, and HELEN ADELE WISSMANN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EMMA SWIFT HAMMERSTEIN, Appellant, v. ARTHUR HAMMERSTEIN, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ROBERT J. STEWART, Appellant, v. HENRY N. AHRENS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of PALMER, BARBER, MATTERS & MERRITT, Petitioners, Respondents, v. ROBERT J. STEWART, Appellant, Impleaded with HENRY N. AHRENS and Others.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BLUMIE ALLEN, Respondent, v. PINCUS ALLEN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of KATHERINE MARQUISS, as Committee of the Person and Estate of ROBERT LOCKWOOD, an Incompetent, Petitioner, for a Certiorari Order against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari unanimously dismissed and the determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CLEMENTINE HAAG, Respondent, v. THE GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDMUND WALSH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GOODHUE LIVINGSTON, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JACOB FOGELSON, Respondent, v. BERTRAM L. KRAUS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

KOSTANT MACEWIC, Respondent, v. GEORGE S. KELLY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.